# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wilson Bueno and Angela Bueno<br>             Debtor(s) | CHAPTER 13<br><br>BKY. NO. 13-13718 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8996

                                                            Respectfully submitted,

                                                            **/s/Thomas Puleo, Esquire**
                                                            Thomas Puleo, Esquire
                                                            Brian C. Nicholas, Esquire
                                                            KML Law Group, P.C.
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106-1532
                                                            (215) 825-6306  FAX (215) 825-6406