Certificate Number: 03621-PAE-DE-021442494

Bankruptcy Case Number: 13-13718



03621-PAE-DE-021442494

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2013, at 2:43 o'clock PM EDT, Wilson A Bueno completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 19, 2013

By: /s/Barbara Molina

Name: Barbara Molina

Title: Credit Counselor

Certificate Number: 03621-PAE-DE-021442496

Bankruptcy Case Number: 13-13718



03621-PAE-DE-021442496

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2013, at 2:43 o'clock PM EDT, Angela M Bueno completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 19, 2013    By:  /s/Barbara Molina

Name:  Barbara Molina

Title:  Credit Counselor