United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wilson Bueno  
Angela Bueno  
    Debtors

Case No. 13-13718-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4   User: SaraR        Page 1 of 1      Date Rcvd: Jul 20, 2018
                      Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.
13135845       +JPMorgan Chase Bank, National Association,   c/o Chase Records Center,    Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:
     ELLIS B. KLEIN   on behalf of Joint Debtor Angela  Bueno ykassoc@gmail.com,   ykaecf@gmail.com, ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
     ELLIS B. KLEIN   on behalf of Debtor Wilson  Bueno ykassoc@gmail.com,   ykaecf@gmail.com, ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
     Ellis B. Klein   on behalf of Plaintiff Wilson  Bueno ykassoc@gmail.com,   ykaecf@gmail.com, ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
     Ellis B. Klein   on behalf of Plaintiff Angela  Bueno ykassoc@gmail.com,   ykaecf@gmail.com, ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
     FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     JOSHUA ISAAC GOLDMAN   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
     KEVIN G. MCDONALD   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
     LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     PAUL H. YOUNG   on behalf of Joint Debtor Angela  Bueno support@ymalaw.com,   ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
     PAUL H. YOUNG   on behalf of Debtor Wilson  Bueno support@ymalaw.com,   ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
     THOMAS I. PULEO   on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                 TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-13718-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Wilson Bueno
927 S. Front Street
Allentown PA 18103

Angela Bueno
927 S. Front Street
Allentown PA 18103

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/19/2018.

Name and Address of Alleged Transferor(s):

Claim No. 12: JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203

Name and Address of Transferee:

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/22/18

Tim McGrath
**CLERK OF THE COURT**