United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 13-13718-ref
Wilson Bueno                                                                Chapter 13
Angela Bueno
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 3          Date Rcvd: Mar 01, 2019
                              Form ID: 138NEW      Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.
```
db/jdb         +Wilson Bueno,    Angela Bueno,    927 S. Front Street,    Allentown, PA 18103-3382
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13167901       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13084456       +Atlantic Credit and Finance,    Successor in interest to,    Washington Mutual Bank,
                 c/o Weltman, Weinberg & Reis,    436 Seventh Avenue, Ste 1400,    Pittsburgh, PA 15219-1827
13035011       +Bluestone Investments,    107 N. Commerce Way,    Bethlehem, PA 18017-8913
13035015      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
13035014       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13035016       +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
13035021       +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
13035020       +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
13035023       +Hamilton Law Group,    Po Box 90301,    Allentown, PA 18109-0301
13055435       +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                 701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13135845       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13035024       +Lehigh County Court-Civil Division,    Attn: Prothonotary,    Lehigh County Courthouse,
                 455 W. Hamilton Street, Rm. 614,    Allentown, PA 18101-1614
13035029       +Pinnacle Credit Service,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13143175        Pragnesh Desai, DO,    c/o Hamilton Law Group,    PO Box 90301,    Allentown, PA 18109-0301
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2019 03:23:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 02 2019 03:24:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13035006       +E-mail/Text: seinhorn@ars-llc.biz Mar 02 2019 03:24:50     Ability Recovery Servi,
                 Po Box 4031,    Wyoming, PA 18644-0031
13035007       +E-mail/Text: EBNProcessing@afni.com Mar 02 2019 03:24:01     Afni, Inc.,    Attn: Bankruptcy,
                 Po Box 3097,    Bloomington, IL 61702-3097
13035008       +E-mail/Text: EBNProcessing@afni.com Mar 02 2019 03:24:01     Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
13041236        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 02 2019 03:28:48
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13123231        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 02 2019 03:28:37
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13067929        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 02 2019 03:28:37
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13051401       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 02 2019 03:23:52     Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
13035009       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 02 2019 03:23:52     Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
13085004       +E-mail/Text: BKRMailOps@weltman.com Mar 02 2019 03:24:00     Atlantic Credit and Finance, Inc.,
                 Successor in Interest to Washington Mutu,    c/o Weltman, Weinberg & Reis, Co., LPA,
                 P.O. Box 6597,    Cleveland, OH 44101-1597
14167661       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 02 2019 03:24:14
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
13035010       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Mar 02 2019 03:25:06     Berks Credit & Coll,
                 P.o. Box 329,    Temple, PA 19560-0329
13035012       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2019 03:28:58
                 Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
                 Denver, CO 80237-3485
13035013       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2019 03:28:48
                 Cach Llc/Square Two Financial,    4340 S Monaco St Unit 2,    Denver, CO 80237-3581
13035017       +E-mail/Text: bankruptcynotices@dcicollect.com Mar 02 2019 03:24:45     Diversified,
                 P O Box 551268,    Jacksonville, FL 32255-1268
13035019       +E-mail/Text: bknotice@ercbpo.com Mar 02 2019 03:23:59     Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13035018       +E-mail/Text: bknotice@ercbpo.com Mar 02 2019 03:23:59     Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
```

```
District/off: 0313-4              User: SaraR                 Page 2 of 3                  Date Rcvd: Mar 01, 2019
                                  Form ID: 138NEW             Total Noticed: 54


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13035022       +E-mail/Text: bankruptcy@fncbinc.com Mar 02 2019 03:23:05     First National Collect,
                 610 Waltham Way,   Sparks, NV 89437-6695
13166355        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2019 03:28:48
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13169402        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2019 03:28:48
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13166356        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2019 03:28:48
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13166351        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2019 03:28:58
                 LVNV Funding, LLC its successors and assigns as,    assignee of General Electric Capital,
                 Corporation,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13035025       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2019 03:28:37     Lvnv Funding Llc,
                 Po Box 740281,   Houston, TX 77274-0281
13035026       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 02 2019 03:23:53     Midland Funding,   8875 Aero Dr,
                 San Diego, CA 92123-2255
13035027       +E-mail/Text: bankruptcydepartment@tsico.com Mar 02 2019 03:24:49     Nco Fin /99,
                 Po Box 15636,   Wilmington, DE 19850-5636
13035031        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2019 03:28:57
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502
13035030        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2019 03:28:37
                 Portfolio Recovery,    Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
13035028       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2019 03:28:37
                 Pinnacle Credit Service,    Po Box 640,   Hopkins, MN 55343-0640
13113817        E-mail/Text: bnc-quantum@quantum3group.com Mar 02 2019 03:23:21
                 Quantum3 Group LLC as agent for,    Elite Recovery Acquisitions LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
13066735        E-mail/Text: bnc-quantum@quantum3group.com Mar 02 2019 03:23:21
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
13035032       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 02 2019 03:23:06
                 Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
13035033       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 02 2019 03:23:20     Victoria's Secret,
                 Attention: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
13035034       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 02 2019 03:23:20     Victoria's Secret,
                 Po Box 182789,   Columbus, OH 43218-2789
                                                                                               TOTAL: 34

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              ELLIS B. KLEIN    on behalf of Debtor Wilson    Bueno ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              ELLIS B. KLEIN    on behalf of Joint Debtor Angela    Bueno ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              Ellis B. Klein    on behalf of Plaintiff Angela    Bueno ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              Ellis B. Klein    on behalf of Plaintiff Wilson    Bueno ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
```

```
District/off: 0313-4          User: SaraR              Page 3 of 3               Date Rcvd: Mar 01, 2019
                              Form ID: 138NEW          Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      PAUL H. YOUNG    on behalf of Joint Debtor Angela  Bueno support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
      PAUL H. YOUNG    on behalf of Debtor Wilson  Bueno support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
      THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                 TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Wilson Bueno and Angela Bueno
       Debtor(s)                               Bankruptcy No: 13–13718–ref
                                                              Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            400 Washington Street
                                  Suite 300
                             Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                          For The Court
                                                                 Timothy B. McGrath
                                                                   Clerk of Court

Dated: 3/1/19

                                                                                         66 – 65
                                                                        Form 138_new