United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-13718-ref
Wilson Bueno                                                        Chapter 13
Angela Bueno
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: admin              Page 1 of 2              Date Rcvd: Mar 22, 2019
                            Form ID: 3180W           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db/jdb         +Wilson Bueno,    Angela Bueno,    927 S. Front Street,    Allentown, PA 18103-3382
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13167901       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13084456       +Atlantic Credit and Finance,    Successor in interest to,    Washington Mutual Bank,
                 c/o Weltman, Weinberg & Reis,    436 Seventh Avenue, Ste 1400,    Pittsburgh, PA 15219-1827
13035011       +Bluestone Investments,    107 N. Commerce Way,    Bethlehem, PA 18017-8913
13135845       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13143175        Pragnesh Desai, DO,    c/o Hamilton Law Group,    PO Box 90301,    Allentown, PA 18109-0301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2019 02:56:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2019 02:57:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13035006       +E-mail/Text: seinhorn@ars-llc.biz Mar 23 2019 02:57:56     Ability Recovery Servi,
                 Po Box 4031,    Wyoming, PA 18644-0031
13041236        EDI: AIS.COM Mar 23 2019 06:53:00     American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
13123231        EDI: AIS.COM Mar 23 2019 06:53:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13067929        EDI: AIS.COM Mar 23 2019 06:53:00     American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
13051401       +EDI: ACCE.COM Mar 23 2019 06:53:00     Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
14167661       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 23 2019 02:57:14
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
13166355        EDI: RESURGENT.COM Mar 23 2019 06:53:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank (South Dakota),,    N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13169402        EDI: RESURGENT.COM Mar 23 2019 06:53:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13166356        EDI: RESURGENT.COM Mar 23 2019 06:53:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13166351        EDI: RESURGENT.COM Mar 23 2019 06:53:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of General Electric Capital,    Corporation,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13113817        EDI: Q3G.COM Mar 23 2019 06:53:00     Quantum3 Group LLC as agent for,
                 Elite Recovery Acquisitions LLC,    PO Box 788,    Kirkland, WA 98083-0788
13066735        EDI: Q3G.COM Mar 23 2019 06:53:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                            Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: admin              Page 2 of 2            Date Rcvd: Mar 22, 2019
                              Form ID: 3180W           Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              ELLIS B. KLEIN    on behalf of Debtor Wilson  Bueno ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              ELLIS B. KLEIN    on behalf of Joint Debtor Angela  Bueno ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              Ellis B. Klein    on behalf of Plaintiff Angela  Bueno ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              Ellis B. Klein    on behalf of Plaintiff Wilson  Bueno ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PAUL H. YOUNG    on behalf of Joint Debtor Angela  Bueno support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor Wilson  Bueno support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Wilson Bueno** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5345** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Angela Bueno** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8053** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **13–13718–ref** | | |

# Order of Discharge                                                                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wilson Bueno                                                                Angela Bueno

<u>3/21/19</u>                                                               **By the court:**        <u>Richard E. Fehling</u>
                                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                                                **Chapter 13 Discharge**                                                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**